# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TANYA LEE SANCHEZ-COLON,**

        **Plaintiff,**

v.                                               **Case No: 6:20-cv-1218-GKS-DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## REPORT AND RECOMMENDATION

This cause comes before the Court for consideration without oral argument on the following motion:

> **MOTION:**  **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. 27)**
>
> **FILED:**  April 1, 2021
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On April 1, 2021, the Commissioner of Social Security filed a motion for entry of judgment with remand (the Motion). Doc. 27. In the Motion, the Commissioner requests that the Court "enter a judgment with a reversal and remand of the cause to the Commissioner" and:

> On remand, the Commissioner will evaluate the persuasiveness of Dr. Mark Bobek's opinion under 20 C.F.R. §§ 404.1520c, 416.920c; obtain supplemental evidence from a vocational expert if needed; and issue a new decision.

*Id*. at 1. In light of the foregoing, the Commissioner requests that her decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) so that an ALJ may perform the tasks

detailed above. *Id*. at 1-2. The Motion is unopposed. *Id*. at 1. The undersigned finds the Motion well-taken.

Accordingly, it is **RECOMMENDED** that:

1. The Motion (Doc. 27) be **GRANTED**;

2. The final decision of the Commissioner be **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of § 405(g) for the above stated reasons; and

3. The Clerk be directed to enter judgment in favor of Plaintiff and to close the case.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1. **The parties may file a notice of no objection in they have no objection to this Report and Recommendation.**

Recommended in Orlando, Florida on April 5, 2021.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy