# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TANYA LEE SANCHEZ-COLON,

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　**Case No: 6:20-cv-1218-GKS-DCI**

ANDREW SAUL,
COMMISSIONER OF SOCIAL
SECURITY,

      **Defendant.**

---

## ORDER

THIS CAUSE comes on for consideration upon the Report and Recommendation of the United States Magistrate Judge, (Doc. 28), entered on April 6, 2021, recommending that the Unopposed Motion for Entry of Judgment with Remand (Doc. 27), filed by Defendant, Andrew Saul, Commissioner of Social Security, be granted. Therein, Defendant requests that the Court order remand under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> On remand, the Commissioner will evaluate the persuasiveness of Dr. Mark Bobek's opinion under 20 C.F.R. §§ 404.1520c, 416.920c; obtain supplemental evidence from a vocational expert if needed; and issue a new decision.

Plaintiff, Tanya Lee Sanchez-Colon, does not oppose the relief requested, and no objections have been filed to the Report and Recommendation.

Following review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 28) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant Commissioner's Unopposed Motion for Entry of Judgment with Remand is **GRANTED** (Doc.27).

3. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the above-stated reasons; and

4. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Plaintiff and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ___13___ day of May, 2021.

_____
**G. KENDALL SHARP**
**SENIOR UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record
Unrepresented Parties