UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TANYA LEE SANCHEZ-COLON,

Plaintiff,

v.

Case No: 6:20-cv-1218-GKS-DCI

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

## ORDER

THIS CAUSE came on for consideration upon Plaintiff Tanya Lee Sanchez-Colon's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d), together with exhibits, (Doc. 31), in the amount of $5,336.50, which the Court referred to the United States Magistrate Judge for a report and recommendation (Report and Recommendation). Having reviewed and considered the Report and Recommendation (Doc. 32) entered on August 11, 2021, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 32) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion is **GRANTED in part**, (Doc. 31) as follows:

   Plaintiff is awarded attorney's fees in the amount of $5,336.50, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and **DENIED** in all other respects.

3. The Clerk of the Court is directed to **ENTER JUDGMENT accordingly**, in favor of Plaintiff Tanya Lee Sanchez-Colon and against Defendant Commissioner of Social Security.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of September, 2021.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties